NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FEB 26 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THERESA MARGARET MacDONALD, | No. 24-5254 |
| Plaintiff - Appellant, | D.C. No. 3:23-cv-00208-SLG-KFR |
| v. | |
| STATE OF ALASKA; ALASKA DEPARMENT OF HEALTH AND SOCIAL SERVICES; EMMA HADDIX, Assistant Attorney General; ALASKA OFFICE OF CHILDRENS SERVICES INC.; PAUL MCDERMOTT, Attorney For The Gardian ad litem; GABRIELLE LAURIA, Protective Specialist II; DOLLY KUGZRUK, Kawerak Mary's Igloo Tribal Representative Tribal C; HEATHER PAYENNA, Supervisor Tribal Family Coordinators Village Staff; JOANNE ROBERTSON, Official Capacity; ADRIANE BEANS; CHRISTINE EDWARDS; PATRICIA DALLAS; TALIA L. ROBINSON; ROBIN DARBONE; ASHLY ANDREWS; JENNIFER MAE HEIKKILA; RAMIAH VAOALII; KRISTINE MOORE; ROBIN CHARLIE; TREG TAYLOR; JAYNE E. FALLON; DEBRA HAALAND; BRYAN NEWLAND; JOANNE ROBERTS, | MEMORANDUM* |

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Defendants - Appellees.

Appeal from the United States District Court
for the District of Alaska
Sharon L. Gleason, District Judge, Presiding

Submitted February 18, 2025[**]

Before:    SILVERMAN, WARDLAW, and DESAI, Circuit Judges.

Theresa Margaret MacDonald appeals pro se from the district court's judgment dismissing her action alleging federal and state law claims concerning the placement of her relative, a Native child, with a non-Native family. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(e)(2)(B). *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order). We affirm.

The district court properly dismissed MacDonald's action because MacDonald failed to allege facts sufficient to state any plausible claim. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (explaining that, to avoid dismissal, "a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face" (citation and internal quotation marks omitted)).

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

    24-5254

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

All pending motions are denied.

**AFFIRMED.**